UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANY AND ALL RADIO STATION TRANSMISSION EQUIPMENT, RADIO FREQUENCY POWER AMPLIFIERS, RADIO FREQUENCY TEST EQUIPMENT, AND ANY OTHER EQUIPMENT ASSOCIATED WITH OR USED IN CONNECTION WITH THE TRANSMISSIONS ON FREQUENCY 88.7 MHz LOCATED IN THE BASEMENT AND ON THE ROOF OF 582-584 CRESCENT STREET, BROCKTON, MASSACHUSETTS, <br><br> Defendant. | C.A. No. 14-10666-MLW <br><br> **UNDER SEAL** |

## EX PARTE MOTION TO UNSEAL

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby requests that the pleadings and other papers filed in this case be unsealed. In support of this motion, the plaintiff states that, on April 16, 2014, the defendant property was seized by the U.S. Marshals Service pursuant to the Warrant and Monition approved by the Court on March 13, 2014. Accordingly, there is no further reason to maintain the papers in this case under seal.

Further, the papers must be unsealed so that notice of the action and seizure can be published in accordance with Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

WHEREFORE, the United States respectfully requests that this Court unseal and un-impound the pleadings and other papers filed in this action.

                                                Respectfully submitted,

                                                CARMEN M. ORTIZ,
                                                United States Attorney

                                    By:   /s/ Christine J. Wichers
                                                Christine J. Wichers
                                                Assistant U.S. Attorney
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3278
                                                Christine.wichers@usdoj.gov

Dated: April 17, 2014

APPROVED AND SO ORDERED:

/s/ Mark L. Wolf
MARK L. WOLF
UNITED STATES DISTRICT JUDGE

Date: April 18, 2014